UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAURICE BRAY,
    Petitioner,
  v.
CRAIG KOENIG,
    Respondent.

Case No. 5:19-cv-02077-RGK (GJS)

**JUDGMENT**

    Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying Certificate Of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

    IT IS ADJUDGED THAT this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: November 14, 2019

                              /s/ Gary Klausner
                              R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE